**Electronically Filed
Supreme Court
SCWC-30124
24-JAN-2012
01:48 PM**

NO. SCWC-30124

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

MALESALA MIKA aka Marshall Mika, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30124; CR. NO. 08-1-1288)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on

December 20, 2011 by Petitioner/Defendant-Appellant, Malesala

Mika is hereby rejected.

DATED: Honolulu, Hawai'i, January 24, 2012.

Richard H.S. Sing,                  /s/ Mark E. Recktenwald
(Hawk Sing Ignacio
& Waters) for petitioner/           /s/ Paula A. Nakayama
defendant-appellant,
on the application.                 /s/ Simeon R. Acoba, Jr.

                                    /s/ James E. Duffy, Jr.

                                    /s/ Sabrina S. McKenna

